IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS MARTINEZ,

    Petitioner,  JUDGMENT IN A CIVIL CASE

v.  Case No. 14-cv-417-wmc

REED RICHARDSON, Warden,
Stanley, Correctional Institution

    Respondents.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by Dennis Martinez with prejudice as barred by the one-year statute of limitations found at 28 U.S.C. § 2244(d)(1).

    /s/  12/8/2016

Peter Oppeneer, Clerk of Court  Date